# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

NORA HOLLOWAY                                          PLAINTIFF

v.                              No. 5:17-cv-16-DPM

STANT USA CORP., and
PATRICK FENTON                                    DEFENDANTS

## ORDER

The circumstances are unique. Holloway made many claims against Stant, among them a FLSA retaliatory-firing claim. In discovery, Holloway acknowledged that she had no solid evidence supporting this claim, and thus abandoned it. № 12-1 at 2-3. She made no claim for overtime or unpaid wages under either federal or state law. Now Holloway and Stant propose to settle the case. Must the Court evaluate the deal, as it would in the usual FLSA case involving wage and overtime claims? No. In this unusual weave of circumstances, the Court doesn't have to be involved. Holloway's FLSA claim, which seems to have been no more than zealous pleading that covered all potential claims, dropped out of the case approximately three months

ago. The complaint will be dismissed with prejudice. Motion to reconsider, № 12, granted.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2017