IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NORA HOLLOWAY                                                              PLAINTIFF

v.                              No. 5:17-cv-16-DPM

STANT USA CORP., and
PATRICK FENTON                                                            DEFENDANTS

JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2017